# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

Michael R. Johnson PP#594998

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Philadelphia Police Department
18th Precinct 55th & Pine

_____

_____

_____

_____

_____

_____

_____

*(In the space above enter the full name(s) of the defendant(s). If you
cannot fit the names of all of the defendants in the space provided,
please write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The names
listed in the above caption must be identical to those contained in
Part I. Addresses should not be included here.)*

**13        1492**

COMPLAINT

under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial:  ☒ Yes   ☐ No
(check one)

---

I.    **Parties in this complaint:**

A.     List your name, identification number, and the name and address of your current place of
confinement.  Do the same for any additional plaintiffs named.  Attach additional sheets of paper
as necessary.

Plaintiff        Name    Michael R. Johnson
                 ID #    1394998
                 Current Institution    House of Correction
                 Address    8201 State Rd.
                            Phila, Pa, 19136

B.      List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

**Defendant No. 1**
Name _Amir Fowler_____ Shield # _601060_

Where Currently Employed _18th Precint_____

Address _55the Pine West Phila. Pa._____
        _Police Department_____

**Defendant No. 2**
Name _Ronald Casteel_____ Shield # _9429_

Where Currently Employed _18th Precint_____

Address _55the Pine West Phila. Pa._____
        _Police Department_____

**Defendant No. 3**
Name _____ Shield # _____

Where Currently Employed _____

Address _____

**Defendant No. 4**
Name _____ Shield # _____

Where Currently Employed _____

Address _____
        _____

**Defendant No. 5**
Name _____ Shield # _____

Where Currently Employed _____

Address _____

## II.      Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.      In what institution did the events giving rise to your claim(s) occur? _On the streets_
_of Phila. in the Police Wagon we in hand Cuffs_____

B.      Where in the institution did the events giving rise to your claim(s) occur?
_Inside the Police wagon_____

C.      What date and approximate time did the events giving rise to your claim(s) occur?
_On April 20, 2012.  12:30 PM._____

| What happened to you? | D. | Facts: On 4/17/12 around 11:00PM I was assulted by two Officers from the P.a Police department on the streets of 42nd First st in the rear of the Alley Hand Cuffed in the Back or the Police wagon. I was Punch in the face & Ribs as well as Kicking me in the Knee. They will No to the 16th Percent instead of the Hospital First. I was seen last Apr 21 2012 in the Emergency Department for Rib Contusion Knee Sprain Head Injury. Then I was brought to CFCF and transfered to the H.O.C. Phila Prison. |

| Add to what? | |

| Was anyone else involved? | |

| Who also saw what happened? | |

## III.   Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. "Mercy Hospital" (Mentate Physical) Mental health & Physical well being Knee Sprain, Head Injury, Rib Contusion.

## IV.   Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997et al, requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.     Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

       Yes _____ No ✓

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____ In the back of a Police wagon _____

B.     Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

       Yes ✓  No _____ Do Not Know _____

C.     Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

       Yes ✓ No _____ Do Not Know _____

       If YES, which claim(s)? __Recover__

D.     Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

       Yes ✓ No __

       If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

       Yes _____ No _____

E.     If you did file a grievance, about the events described in this complaint, where did you file the grievance?

       _____ I.A.D. _____

       1.     Which claim(s) in this complaint did you grieve? __Aic Cisco__

       2.     What was the result, if any? __No Avail__

       3.     What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. __All procedures__

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here: *I Folowed all Preredures*

2.    If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any: *NONE*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies: *All Preredures Folowed*

<u>Note</u>:    You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V.    Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). *1,000,000 dllars & the officers brought to justice.*

VI.     Previous lawsuits:

A.      Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

        Yes ✓___ No ___

B.      If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

        1       Parties to the previous lawsuit.

        Plaintiff __Michael Johson_____

        Defendants __the Boroc of Media, Police, Sistim__

        2       Court (if federal court, name the district; if state court, name the county) _____

        3       Docket or Index number __# 13-637__

        4       Name of Judge assigned to your case _____

        5       Approximate date of filing lawsuit _____

        6       Is the case still pending?   Yes ✓ No ___

                If NO, give the approximate date of disposition _____

Rev. 10/2009                                  - 6 -

7.      What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____ ___ __ ____ ____ _____ ____
_____ ____ _____ _____ _____ _____ ___
_____ _____ _____ _____

C.      Have you filed other lawsuits in state or federal court?

        Yes  __ No  ✓

D.      If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

        1.      Parties to the previous lawsuit:

        Plaintiff __ _____ _____ _____ _____ _____ ____ ____ _____ ____
        Defendants _____ _____ ____ ___

        2.      Court (if federal court, name the district; if state court, name the county) __ ___ __

        3.      Docket or Index number _____ __ _ ____ ___ ____ ___ __ __

        4.      Name of judge assigned to your case ____ _____ ___

        5.      Approximate date of filing lawsuit _____ __ ____ ____ _____ ____ __

        6.      Is the case still pending?   Yes ___ No ___

                If NO, give the approximate date of disposition _____ ____ ____ _____ ____ __

        7.      What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) ___ _____ ____ ____
        _____ _____ ____ _____ ___
        _____ ____ ___

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __3__ day of __March_____ , 20_13_.

                Signature of Plaintiff _Michael Johnson_

                Inmate Number _1094998_

                Institution Address _8001 State Rd_
                                    _Phila, Pa 19136_
                                    _HCC_

Note.   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this _3_ day of _March_____, 20_13_, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _Michael Johnson_____